[No. 25178-1-III.   Division Three.   July 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN E. LIPINSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-02013-1, Harold D. Clarke III, J., entered April 21, 2006. *Reversed* and *remanded* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.

[No. 30129-0-III.   Division Three.   July 23, 2013.]

MIKE WALCH ET AL., *Appellants*, v. KERRY A. CLARK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 10-2-00353-6, Michael E. Cooper, J., entered July 21, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[Nos. 30242-3-III; 30243-1-III.   Division Three.   July 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. URIEL PONCE, *Appellant*.

Appeals from a judgment of the Superior Court for Franklin County, No. 11-1-50023-2, Carrie L. Runge, J., entered September 16, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.